IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 13-CR-30143-MJR |
| vs. | ) | |
| | ) | |
| JEREMI J. BLAKE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The parties hereby stipulate that, if this case proceeded to trial, the United States would prove the following beyond a reasonable doubt:

On or about June 20, 2013, police officers with the Metropolitan Enforcement Group of Southwestern Illinois (MEGSI) encountered Jeremi Blake in East St. Louis, Illinois. MEGSI officers asked if they could speak to Jeremi Blake, because he exhibited suspicious behavior in an area notorious for gun violence and open air drug sales. Blake was loitering outside of a business, wearing a black hooded sweatshirt when the temperature that day exceeded 90 degrees fahrenheit with high humidity. MEGSI officer Aaron Nyman (Nyman) asked Jeremi Blake if he had a firearm on his person. Jeremi Blake responded, "yeah, I got a gun for protection." Jeremi Blake informed Nyman that it was in his waistband. Special Agent Nicholas Arnold (Arnold) removed the loaded firearm from Jeremi Blake's waistband and secured it. Jeremi Blake then identified himself as Demond Blake.

Nyman then escorted Jeremi Blake to an unmarked van. Jeremi Blake consented to an audiovisual recorded interview. Nyman asked what his name was, to which Jeremi Blake again

responded "Demond Blake". He was asked what his social security number was, Jeremi Blake responded, "341-88", but then stated he forgot the last four digits. Jeremi Blake said he did not have a valid license or identification to verify that he was Demond Blake. Nyman asked if Jeremi Blake was being honest with what his name was and Jeremi Blake responded, "yes". . Jeremi Blake was given his Miranda Rights and a given a Miranda Rights form. Jeremi Blake acknowledged that he understood his rights and initialed the Miranda form. Jeremi Blake signed the name Demond Blake and initialed "DB" on the Miranda Rights form. Jeremi Blake voluntarily talked to the Nyman. Jeremi Blake freely admitted that the firearm was his. During the entire interview Nyman referred to Jeremi Blake as Demond. After talking to the officers, Jeremi Blake was allowed to leave.

On June 21, 2013, Nyman received a telephone call from the "real" Demond Blake. Demond Blake advised Nyman that he received information that his cousin, Jeremi Blake, had used his name the previous night when Jeremi Blake was stopped by MEGSI officers. This prompted Nyman to utilize St. Clair County's ICJ system to compare booking photos of Demond Blake and Jeremi Blake. It was at this time that Nyman realized that person he interviewed the night before, with the firearm in his waistband, was not Demond Blake but Jeremi Blake.

Jeremi Blake has a previous felony conviction on September 11, 2012, in the state of Missouri, for Unlawful Use of a Weapon in case 1022-CR-05495. Unlawful Use of a Weapon is a crime punishable by a term of imprisonment of more than one year. The firearm that was recovered from Jeremi Blake was a SCCY Industries Model CPX-1, 9mm, bearing serial number 052567. The firearm functioned as designed and was manufactured in the state of Florida; therefore it traveled through interstate commerce in order to arrive in the Southern District of Illinois. The entire incident occurred in the Southern District of Illinois.

STEPHEN R. WIGGINTON
United States Attorney

*(signature)*
JEREMI J. BLAKE
Defendant

*(signature)*
NEAL C. HONG
Special Assistant United States Attorney

*(signature)*
PHILLIP KAVANAUGH
Attorney for Defendant

Date: 9-6-13

Date: 9-6-13

3